IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) ) ) ) ) ) | MDL No. 22-MD-3038 (CFC) **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, <br><br>Plaintiffs, <br><br>v. <br><br>MYLAN PHARMACEUTICALS, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br>C.A. No. 22-1040 (CFC) **ANDA CASE** |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

With respect to Mylan Pharmaceuticals, Inc.'s ANDA No. 217706, which was added to the case in Plaintiffs' First Amended Complaint filed on March 21, 2023[1], Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  No earlier than February 13, 2023

Date of Expiration of Patent:  See Below*

Thirty-Month Stay Deadline:  August 13, 2025

---

[1] The original Supplemental Information for Patent Cases Involving an Abbreviated New Drug Application (ANDA) Form filed on March 18, 2022 remains in effect with respect to Mylan Pharmaceuticals, Inc.'s ANDA No. 216991.

\* U.S. Patent No. 8,114,833 expires on 8/13/2025; U.S. Patent Nos. 8,684,969 and 11,446,443 expire on 10/20/2025; U.S. Patent Nos. 9,108,002, 9,616,180, 9,861,757, 10,357,616, 10,376,652, and 11,311,679 expire on 1/20/2026; U.S. Patent No. 8,536,122 expires on 3/20/2026; Patent No. RE46,363 expires on 8/3/2026; U.S. Patent No. 9,687,611 expires on 2/27/2027; U.S. Patent Nos. 8,920,383, 9,775,953, 10,220,155, and 11,097,063 expire on 7/17/2026; U.S. Patent No. 9,457,154 expires on 9/27/2027; U.S. Patent No. 9,132,239 expires on 2/1/2032; U.S. Patent No. 8,129,343 expires on 12/5/2031.

|  | */s/ Travis J. Murray* |
|---|---|
|  | Attorney(s) for Plaintiff |

March 22, 2023