IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) ) MDL No. 22-3038-CFC ) **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> RIO BIOPHARMACEUTICALS, INC. et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 22-294-CFC ) **CONSOLIDATED** ) **ANDA CASE** ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2023, the following document was served on FW-Sema@fenwick.com and the persons listed below in the manner indicated:

1) Alvogen, Inc.'s First Set of Requests for Admissions (Nos. 1-15)

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
Travis J. Murray
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
tmurray@morrisnichols.com

Michelle E. Irwin
FENWICK & WEST LLP
401 Union St., 5th Floor
Seattle, WA 98101
(206) 389-4510
mirwin@fenwick.com

Adeline Miller
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
amiller@fenwick.com

Jeffrey J. Oelke
Ryan P. Johnson
Robert E. Counihan
Laura T. Moran
Eric R. Sutter
Olivia Wheeling
Vanessa Park-Thompson
Allie Cohen Dolloff
Ryan A. Haddad
Retley G. Locke, Jr.
Michael Yoon
Michelle E. Irwin
Adeline Miller
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010-6035
(212) 430-2600
joelke@fenwick.com
ryan.johnson@fenwick.com
rcounihan@fenwick.com
laura.moran@fenwick.com
esutter@fenwick.com
owheeling@fenwick.com
vpark-thompson@fenwick.com
acohendolloff@fenwick.com
rhaddad@fenwick.com
rlocke@fenwick.com
myoon@fenwick.com

| | |
|---|---|
| OF COUNSEL:<br>Matthew J. Becker<br>Chantelle D. Ankerman<br>Aaron Z. Savit<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 275-8100<br><br>Aziz Burgy<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 721-5417<br><br>Dated: September 18, 2023 | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Defendant Alvogen, Inc.* |

3