IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) ) ) ) ) | MDL NO. 22-MD-3038 (CFC) **ANDA CASE** |

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) | C.A. No. 22-294 (CFC) CONSOLIDATED **ANDA CASE** |
| RIO BIOPHARMACEUTICALS INC., et al., | ) ) ) |
| Defendants. | ) |
| NOVO NORDISK INC. and NOVO NORDISK A/S, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) | C.A. No. 22-1040 (CFC) **ANDA CASE** |
| MYLAN PHARMACEUTICALS INC. | ) ) |
| Defendant. | ) |

## [~~PROPOSED~~] SUPPLEMENTAL CLAIM CONSTRUCTION ORDER

In addition to the constructions set forth in the Claim Construction Order,

D.I. 158, **IT IS HEREBY ORDERED** that the Court hereby adopts the Parties'

stipulated constructions set forth below:

| U.S. Patent No. 8,920,383 | |
|---|---|
| **Term** | **Parties' Stipulated Construction** |
| "coupled" (Claim 1) | "having a linked connection that allows for independent movement between two parts" |
| "limiter" (Claims 1, 5, and 8) | This term is a means-plus function limitation subject to 35 U.S.C. § 112(b) (pre-AIA) or 112(f) (post-AIA). <br><br> The structure is: <br><br> A three-dimensional toroid structure with (A) a threaded radially outer surface, a tongue extending from its radially inner surface, and teeth extending from its lower surface, (B) a threaded radially inner surface and a radially extending spline extending from the radially outer surface, or (C) equivalents thereof. |
| "driver" (Claims 1, 5, and 10) | This term is a means-plus function limitation subject to 35 U.S.C. § 112(b) (pre-AIA) or 112(f) (post- AIA). <br><br> The structure is: <br><br> A hollow cylindrical component having an inner surface that is either threaded or has a groove, for engaging a corresponding thread or spline of the limiter, the component being (a) rotatable in a first direction without translating in a longitudinal direction during dose setting, and (b) rotatable in a second direction opposite the first direction without translating in the |

| U.S. Patent No. 8,920,383 | |
|---|---|
| | longitudinal direction during dose administration, or equivalents thereof. |

| U.S. Patent No. 9,775,953 | |
|---|---|
| **Term** | **Parties' Stipulated Construction** |
| "coupled" (Claims 1 and 9) | "having a linked connection that allows for independent movement between two parts" |
| "limiter" (Claims 1, 4, 7, and 17) | This term is a means-plus function limitation subject to 35 U.S.C. § 112(b) (pre-AIA) or 112(f) (post-AIA).<br><br>The structure is:<br><br>A three-dimensional toroid structure with (A) a threaded radially outer surface, a tongue extending from its radially inner surface, and teeth extending from its lower surface, (B) a threaded radially inner surface and a radially extending spline extending from the radially outer surface, or (C) equivalents thereof. |
| "driver" (Claims 1, 8, 9, 19, 21, and 24) | This term is a means-plus function limitation subject to 35 U.S.C. § 112(b) (pre-AIA) or 112(f) (post- AIA).<br><br>The structure is:<br><br>A hollow cylindrical component having an inner surface that is either threaded or has a groove, for engaging a corresponding thread or spline of the limiter, the component being (a) |

| U.S. Patent No. 9,775,953 |
|---|
| rotatable in a first direction without translating in a longitudinal direction during dose setting, and (b) rotatable in a second direction opposite the first direction without translating in the longitudinal direction during dose administration, or equivalents thereof. |

**IT IS FURTHER ORDERED** that the December 11, 2023 Supplemental *Markman* briefing deadline (C.A. No. 22-1040, D.I. 168) and the January 11, 2024 Supplemental *Markman* Hearing (C.A. No. 22-1040, D.I. 120) are hereby vacated.

SO ORDERED this _____11th_____ day of December, 2023.

_____
CHIEF, UNITED STATES DISTRICT JUDGE