IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | MDL NO. 22-MD-3038 (CFC)<br>**ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S,<br><br>    Plaintiffs,<br><br>v.<br><br>RIO BIOPHARMACEUTICALS INC., et al.,<br><br>    Defendants. | C.A. No. 22-294 (CFC)<br>CONSOLIDATED<br>**ANDA CASE**<br><br>REDACTED - PUBLIC VERSION<br>Original filing date: February 5, 2024<br>Redacted filing date: February 8, 2024 |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO SUN REGARDING THE '383 AND '953 PATENTS**

WHEREAS Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk" or "Plaintiffs") sued Defendants Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries Inc. (collectively "Sun" or "Defendants") for infringement of U.S. Patent Nos. 8,920,383 ("the '383 patent") and 9,775,953 ("the '953 patent"), among others;

WHEREAS Sun ███████████████████████████████████████████████████████████████████████████████████;

IT IS HEREBY STIPULATED AND AGREED by Novo Nordisk and Sun subject to the approval of the Court, that all claims for infringement of the '383

patent and '953 patent by the injection device currently described in Sun's ANDA, as set forth in Novo Nordisk's Complaints (*see* D.I. 1, C.A. No. 22-896-CFC (filed July 1, 2022) and D.I. 40, C.A. 22-294-CFC (filed July 21, 2022)), and all counterclaims concerning the '383 patent and '953 patent (*see* Sun's Answer and Counterclaims D.I. 11, C.A. No. 22-896-CFC (filed September 13, 2022) and D.I. 48, C.A. No. 22-294-CFC (filed August 5, 2022)), are hereby DISMISSED WITHOUT PREJUDICE.

This dismissal is made without prejudice to: (i) Novo Nordisk's ability to assert the '383 patent and/or '953 patent against any other ANDA or against Sun's ANDA if ███████████████████████████████████████████ ██████████; and (ii) Sun's ability to assert any claims or counterclaims in relation to the '383 patent and/or '953 patent with respect to any other ANDA filed by Sun or in the event that Novo Nordisk asserts any of the aforementioned patents against the Sun ANDA. Each Party is to bear its own costs, expenses, and attorneys' fees with respect to the aforementioned claims and counterclaims.

IT IS FURTHER STIPULATED AND AGREED by Novo Nordisk and Sun, subject to the approval of the Court, that if ████████████████████ ████████████████████████████████████████████████████████████

██████████████████████████████

████████████████

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Travis J. Murray* | /s/ *Sara M. Metzler* |
| Jack B. Blumenfeld (#1014) | Kelly E. Farnan (#4395) |
| Brian P. Egan (#6227) | Sara M. Metzler (#6509) |
| Travis J. Murray (#6882) | One Rodney Square |
| 1201 North Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | 302-651-7705 |
| (302) 658-9200 | farnan@rlf.com |
| jblumenfeld@morrisnichols.com | metzler@rlf.com |
| began@morrisnichols.com | *Attorneys for Defendants Sun* |
| tmurray@morrisnichols.com | *Pharmaceutical Industries Ltd.* |
| *Attorneys for Novo Nordisk Inc.* | *and Sun Pharmaceutical* |
| *and Novo Nordisk A/S* | *Industries Inc.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jeffrey J. Oelke | Brian Sodikoff |
| Ryan P. Johnson | KATTEN MUCHIN ROSENMAN LLP |
| Robert E. Counihan | 525 W. Monroe St. |
| Laura T. Moran | Chicago, IL 60661 |
| Erica R. Sutter | 312-902-5462 |
| Olivia L. Wheeling | brian.sodikoff@katten.com |
| FENWICK & WEST LLP | |
| 902 Broadway, Suite 18 | Christopher B. Ferenc |
| New York, NY 10010-6035 | KATTEN MUCHIN ROSENMAN LLP |
| (212) 430-2600 | 2900 K Street NW |
| joelke@fenwick.com | Suite 200 |
| ryan.johnson@fenwick.com | Washington, DC 20007 |
| rcounihan@fenwick.com | 202-625-3500 |
| laura.moran@fenwick.com | Christopher.ferenc@katten.com |
| esutter@fenwick.com | |
| owheeling@fenwick.com | |

                                                Christopher W. West, Ph.D.
                                                KATTEN MUCHIN ROSENMAN LLP
                                                550 S. Tryon Street
                                                Suite 2900
                                                Charlotte, NC 28202
                                                704-344-3098
                                                Christopher.west@katten.com

February 5, 2024


       SO ORDERED, this _____ day of February, 2024.


                                                _____
                                                CHIEF, UNITED STATES DISTRICT JUDGE