IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | MDL NO. 22-MD-3038 (CFC) **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, Plaintiffs, v. RIO BIOPHARMACEUTICALS INC., et al., Defendants. | C.A. No. 22-294 (CFC) CONSOLIDATED **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, Plaintiffs, v. MYLAN PHARMACEUTICALS INC. Defendant. | C.A. No. 22-1040 (CFC) **ANDA CASE** |

**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN CASE DEADLINES**

**WHEREAS**, Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Mylan Pharmaceuticals, Inc., Rio Pharmaceuticals, Inc., EMS SA, Sun Pharmaceutical Industries Ltd., Sun Pharmaceutical Industries Inc.,

Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (collectively, "Defendants") (collectively with Plaintiffs, the "Parties") conferred and agree that the remaining deadlines in the scheduling order (*see* C.A. No. 22-294-CFC, D.I. 22, as amended by D.I. 236, D.I. 246, D.I. 290; C.A. No. 22-1040-CFC, D.I. 53, as amended by D.I. 158, D.I. 171, D.I. 178, D.I. 189, D.I. 206) should be amended in light of the rescheduled trial date;

**WHEREAS**, Defendants' expert Dr. Zhaohui "Sunny" Zhou withdrew from the litigation on April 12, 2024 after service of opening expert reports due to unforeseen circumstances;

**WHEREAS**, Defendants are working to identify a substitute for Dr. Zhou and plan to serve a substitute opening expert report regarding U.S. Patent No. 8,129,343 (the "'343 patent");

**WHEREAS**, the Parties agree that Plaintiffs will require additional time to respond to the substitute expert's opening expert report;

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel, subject to the approval of the Court, that the remaining deadlines in the scheduling order (*see* C.A. No. 22-294-CFC, D.I. 22, as amended by D.I. 236, D.I. 246, D.I. 290; C.A. No. 22-1040-CFC, D.I. 53, as amended by D.I. 158, D.I. 171, D.I. 178, D.I. 189, D.I. 206) are extended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Defendants' Substitute '343 Patent Opening Report | N/A | May 17, 2024 |
| Rebuttal Expert Reports[1] | May 24, 2024 | May 31, 2024 |
| Plaintiffs' '343 Patent Rebuttal Expert Report(s) | N/A | June 14, 2024 |
| Reply Expert Reports | May 31, 2024 | July 12, 2024 |
| Close of Expert Discovery | July 3, 2024 | August 16, 2024 |
| Deadline to File *Daubert* Motions | June 21, 2024 | August 30, 2024 |
| Plaintiffs Provide to Defendants a Draft Joint Pretrial Order | July 19, 2024 (42 days before submission of Joint Proposed Pretrial Order) | To be agreed upon after the Court sets the Pretrial Conference |
| Defendants Provide to Plaintiffs a Response to Plaintiffs' Draft Joint Pretrial Order | August 9 2024 at 5:00 p.m. (21 days before submission of Joint Proposed Pretrial Order) | To be agreed upon after the Court sets the Pretrial Conference |
| Submission of Joint Proposed Pretrial Order | August 29, 2024 at 5:00 p.m. (21 days before Pretrial Conference) | 21 days before the date of the Pretrial Conference |
| Pretrial Conference | September 19, 2024 | ~~TBD by the Court (the parties propose late November 2024 subject to the Court's availability)~~ October 29, 2024 at 10:00 a.m. |
| Trial Begins (10 days) | December 9, 2024 | December 9, 2024 |

No other deadlines set forth in the Scheduling Order (*see* C.A. No. 22-294-CFC, D.I. 22; C.A. No. 22-1040-CFC, D.I. 53) are altered by way of this stipulation.

---

[1] This deadline excludes Plaintiffs' '343 Patent Rebuttal Expert Report(s), which have a separate deadline.

3

Counsel certify that a copy of this extension has been sent to their respective clients pursuant to D. Del. LR 16.4.

**AGREED AND STIPULATED TO**:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Travis J. Murray* <br> Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Travis J. Murray (#6882) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> tmurray@morrisnichols.com <br><br> *Attorneys for Plaintiffs* | /s/ *Sara M. Metzler* <br> Kelly E. Farnan (#4395) <br> Sara M. Metzler (#6509) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> 302-651-7705 <br> farnan@rlf.com <br> metzler@rlf.com <br><br> *Attorneys for Defendants Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries Inc.* <br><br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br><br> /s/ *Alexis N. Stombaugh* <br> Pilar G. Kraman (#5199) <br> Alexis N. Stombaugh (#6702) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> astombaugh@ycst.com <br><br> *Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited* |

HEYMAN ENERIO GATTUSO
& HIRZEL LLP

/s/ *Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

STAMOULIS & WEINBLATT LLC

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorney for Defendant Mylan Pharmaceuticals, Inc.*

5

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Rio Pharmaceuticals, Inc. and EMS S/A*

May 14, 2024

SO ORDERED, this __14th__ day of May, 2024.

_____
CHIEF, UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE

6