# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) ) ) ) ) MDL NO. 22-MD-3038 (CFC) <br> **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-1040 (CFC) <br><br> **ANDA CASE** |

## DEFENDANTS' MOTION AND [PROPOSED] ORDER TO COMPEL DISCOVERY

Defendants hereby move the Court for an Order compelling Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively "Novo") to comply with the Scheduling Order regarding Reply Expert Reports. The relief requested is more fully set forth in the accompanying letter and proposed form of order.

Dated: July 15, 2024   STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorney for Defendant*
*Mylan Pharmaceuticals, Inc.*