AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the District of Delaware_____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-1040, 22-3038-MDL | DATE FILED<br>3/18/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>NOVO NORDISK INC. and NOVO NORDISK A/S | | DEFENDANT<br>MYLAN PHARMACEUTICALS INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,114,833 B2 | 2/14/2012 | Novo Nordisk A/S |
| 2 | 8,129,343 B2 | 3/6/2012 | Novo Nordisk A/S |
| 3 | 8,536,122 B2 | 9/17/2013 | Novo Nordisk A/S |
| 4 | 8,684,969 B2 | 4/1/2014 | Novo Nordisk A/S |
| 5 | 8,920,383 B2 | 12/30/2014 | Novo Nordisk A/S |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>3/21/2023 | INCLUDED BY<br>☑ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 11,311,679 B2 | 4/26/2022 | Novo Nordisk A/S |
| 2 | 11,446,443 B2 | 9/20/2022 | Novo Nordisk A/S |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached Stipulation of Dismissal signed by Chief Judge Connolly on 12/13/2024 |

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>/s/ M. Shyer | DATE<br>12/13/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO.<br>22-1040, 22-3038-MDL | DATE FILED<br>3/18/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>NOVO NORDISK INC. and NOVO NORDISK A/S | | DEFENDANT<br>MYLAN PHARMACEUTICALS INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,108,002 B2 | 8/18/2015 | Novo Nordisk A/S |
| 7 | 9,132,239 B2 | 9/15/2015 | Novo Nordisk A/S |
| 8 | 9,457,154 B2 | 10/4/2016 | Novo Nordisk A/S |
| 9 | 9,616,180 B2 | 4/11/2017 | Novo Nordisk A/S |
| 10 | 9,687,611 B2 | 6/27/2017 | Novo Nordisk A/S |
| 11 | 9,775,953 B2 | 10/3/2017 | Novo Nordisk A/S |
| 12 | 9,861,757 B2 | 1/9/2018 | Novo Nordisk A/S |
| 13 | 10,220,155 B2 | 3/5/2019 | Novo Nordisk A/S |
| 14 | 10,335,462 B2 | 7/2/2019 | Novo Nordisk A/S |
| 15 | 10,357,616 B2 | 7/23/2019 | Novo Nordisk A/S |
| 16 | 10,376,652 B2 | 8/13/2019 | Novo Nordisk A/S |
| 17 | 11,097,063 B2 | 8/24/2021 | Novo Nordisk A/S |
| 18 | RE46,363 E | 4/11/2017 | Novo Nordisk A/S |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |