IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OZEMPIC (SEMAGLUTIDE) PATENT LITIGATION | ) MDL No. 22-MD-3038 (CFC) (EGT) <br> ) **ANDA CASE** |
| NOVO NORDISK INC. and NOVO NORDISK A/S, | ) <br> ) <br> ) C.A. No. 22-294 (CFC) (EGT) <br> ) CONSOLIDATED <br> ) **ANDA CASE** |
| *Plaintiffs,* | |
| v. | |
| RIO BIOPHARMACEUTICALS INC., et al., | |
| *Defendants.* | |
| NOVO NORDISK INC. and NOVO NORDISK A/S, | |
| *Plaintiffs,* | |
| v. | ) C.A. No. 22-297 (CFC) (EGT) <br> ) **ANDA CASE** |
| ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, | |
| *Defendants.* | |

**STIPULATION AND ORDER OF DISMISSAL AMONG NOVO NORDISK INC., NOVO NORDISK A/S, ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LTD**

Novo Nordisk Inc. and Novo Nordisk A/S (hereinafter collectively "Novo Nordisk"), and Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (hereinafter collectively "Zydus"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and agree as follows:

IT IS this 13th day of December, 2024:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. This District Court retains jurisdiction to enforce or supervise performance under this Stipulation and Order of Dismissal and the Settlement Agreement.

3. All claims, counterclaims, affirmative defense and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

4. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order of Dismissal; and

5. This Stipulation and Order of Dismissal shall finally resolve this action between the parties.

*[signature]*
Colm F. Connolly, U.S.D.J.

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Brian P. Egan* | /s/ *Alexis N. Stombaugh* |
| Brian P. Egan (#6227) | Pilar G. Kraman (#5199) |
| Travis J. Murray (#6882) | Alexis N. Stombaugh (#6702) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| began@morrisnichols.com | pkraman@ycst.com |
| tmurray@morrisnichols.com | astombaugh@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jeffrey J. Oelke | Michael J. Gaertner |
| Ryan P. Johnson | David B. Abramowitz |
| Robert Counihan | Carolyn A. Blessing |
| Laura T. Moran | Jacob C. Britz |
| FENWICK & WEST LLP | LOCKE LORD LLP |
| 902 Broadway, Suite 18 | 111 South Wacker Drive |
| New York, NY 10010 | Chicago, IL 60606 |
| (212) 430-2600 | (312) 443-0700 |
| | |
| *Attorneys for Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S* | *Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited* |

December 12, 2024